**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DAVID SCHWARK, et. al.,** | ) | CASE NO. 1:04CV1324 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Judge John M. Manos |
| | ) | |
| **TOTAL VINYL PRODUCTS, INC.,** | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

Pursuant to the memorandum of opinion issued in this case on this date, the motion for summary judgment filed by Total Vinyl Products, Inc. (Docket No. 112) is **GRANTED**. This case is dismissed, with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

**Date: April 10, 2006**        */s/ John M. Manos*
                    **UNITED STATES DISTRICT JUDGE**